Before STATE INDUSTRIAL BOARD, Respondent. THERESA KENNEDY, Respondent, v. WILLIAM F. KENNY COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN M. KILEY, Respondent, v. JOHN MIRANDA, Appellant.— Award reversed, and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the Board should have determined the amount of payments made to the claimant and credited the same on the award. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JOHANNA KLEEMAN (Claim Filed under Former Name of JOHANNA STEIGLEDER), Respondent, v. INTER-BOROUGH RAPID TRANSIT COMPANY, Appellant.— Awards reversed and the claim remitted to the State Industrial Board on the grounds (1) that there was no evidence justifying the awards, and (2) the employer was not given an opportunity to be heard. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. AARON LaPIDUS and Another, Respondents, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Award modified by striking out the award to the father, on the ground that he was not a dependent of the deceased employee, and as so modified unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. BESSIE LICCIARDI, as Committee, etc., of NANCY BARCA, etc., Appellant, v. JULIUS KAYSER Co., INC., and Another, Respondents.— Decision unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. DANIEL LORDAN, Respondent, v. JAMES E. GAFFNEY and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no legal evidence to sustain the finding that claimant was disabled during the period of the award as a result of the second injury. (Workmen's Compensation Law, § 15, subd. 7.) All concur.

In the Matter of the Application of the BOARD OF EDUCATION OF THE CITY OF ONEIDA for an Order of Mandamus against WILLIS TUTTLE, as Trustee of School District No. 4 of the Town of Lincoln, Appellant.— Order unanimously affirmed, with costs.

In the Matter of the Judicial Settlement of the Accounts of THE MADISON COUNTY TRUST AND DEPOSIT COMPANY, as Administrator with the Will Annexed of ELIZABETH STORMS EATON, Deceased.— Decree, so far as appealed from, unanimously affirmed, with costs against the appellants, on the authority of *Matter of Eaton* (204 App. Div. 609).

SIMON MICHELSON, Respondent, v. P. C. WALSTER, Appellant.— Judgment and order unanimously affirmed, with costs.